UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
3M COMPANY,

                Plaintiff,

                                                         21-cv-4576 (PKC)

      -against-

                                                          ORDER

PPE SOLUTIONS GROUP LLC,

                Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next Case Management Conference is set for April 20, 2022 at 11:00 AM in Courtroom 11D.

        SO ORDERED.

                                                              P. Kevin Castel
                                                 United States District Judge

Dated:  New York, New York
          April 13, 2022